**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

    **vs.**                                       **Case No.: 15-CR-667-1 (GAG)**

**JORDANISH TORRES-GARCIA**

**MOTION NOTIFYING VIOLATIONS TO CONDITIONS OF SUPERVISED RELEASE**
**AND REQUESTING AN ARREST WARRANT**

**TO THE HONORABLE GUSTAVO A. GELPI**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, LUIS O. SANTANA-TAPIA, UNITED STATES PROBATION OFFICER** of this Honorable Court**,** notifying and requesting as follows:

      On November 22, 2016, Mr. Jordanish Torres-Garcia was sentenced by Your Honor to serve an imprisonment term of Thirty-Six (36) months, followed by a supervised release term of Three (3) years, after he pled guilty to violating Title 18, U.S.C. § 922 (g)(1), that is: Prohibited Convicted Felon in Possession of a Firearm and Ammunition. On December 11, 2018, Mr. Torres-Garcia was released from Bureau of Prison's custody at which time his supervised released term commenced.

      During supervision Mr. Torres-Garcia has incurred in violation of the following conditions:

**STANDARD CONDITION #2: "THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH"**

On multiple occasions, the U.S. Probation Officer has attempted to contact Mr. Jordanish Torres-Garcia in order to inquire as to his new address and to provide him with instructions. Nevertheless, he has not responded this officer's calls and messages left with his family.

**STANDARD CONDITION #3: "DEFENDANT SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER"**

On August 13, September 9 and 19, 2019, Mr. Torres-Garcia was instructed to present a U.S. Probation Office certification to the Puerto Rico Electoral Commission and to the Social Security Administration in order to begin the process to secure a government identification. However, he failed to do so on three occasions.

**STANDARD CONDITION #6: "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT"**

On October 6, October 15 and November 1, 2019, Mr. Torres-Garcia family members reported to the U.S. Probation Office that he had relocated to an unknown address in Amelia Ward in Guaynabo.

On November 5, 2019, we visited the address of record and Mr. Torres-Garcia was nowhere to be found.

Taking that Mr. Torres-Garcia has failed to follow the instructions of the Probation Officer and also relocated without authorization and his whereabouts area unknown, we have no other alternative to bring him into compliance.

**WHEREFORE**, in view of the aforementioned, it is respectfully requested that the Court issue a warrant for Mr. Torres-Garcia's arrest, in order for him to appear before this Honorable Court to show cause as to why his supervised release term should not revoked.

In San Juan, Puerto Rico, this 14th day of November of 2019.

        Respectfully submitted,

        LUIS O. ENCARNACION CHIEF
        U.S. PROBATION OFFICER

        *s/Luis O. Santana-Tapia*
        Luis O. Santana-Tapia
        U.S. Probation Officer
        150 Carlos Chardón Avenue
        Federal Office Building, Room 400
        San Juan, PR 00918
        Tel.: (787) 281-1527
        E mail: luis_santana@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2019, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico this 14th day of November of 2019.

*s/Luis O. Santana-Tapia*
Luis O. Santana-Tapia
U.S. Probation Officer
