UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br>**v.**<br><br>JORDANISH TORRES-GARCIA,<br><br>**Defendant(s).** | **CRIMINAL NO. 15-667 (GAG)** |

**<u>NOTICE OF PUBLICATION</u>**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date plaintiff is filing with this Court an Advertisement Certification Report and Advertisement Report (Attachment 1), demonstrating that notice was caused to be published for thirty (30) consecutive days on www.forfeiture.gov, an official government internet site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).

The following item was published for thirty (30) consecutive days from September 9, 2020, through October 8, 2020 as follows:

*CRIMINAL NO. 15-667 (GAG)*

1). ASSET ID: 16-ICE-002822 - One (1) ROCK RIVER ARMS RIFLE 5.56 CALIBER, MODEL LAR-15, bearing serial number CM169502.

2). ASSET ID: 16-ICE-002823 One (1) GLOCK PISTOL MODEL 21 .45 CALIBER, bearing serial number VSC176.

3). ASSET ID: 16-ICE-002824 - One (1) H&K PISTOL MODEL P2000 .40 CALIBER, bearing serial number 123-084825.

4). ASSET ID: 16-ICE-002825 - One-hundred and eighteen (118) rounds of ammunition, including the following items: 53 rounds of .223 caliber ammunition; 29 rounds of .45 caliber ammunition; 36 rounds of .40 caliber ammunition.

5). ASSET ID: 16-ICE-002826 - Miscellaneous magazines, including the following items: 2 Magazines of .223 Caliber; 1 Glock Extended magazine; 1 Glock Extended magazine of .45 caliber; 1 Glock Extended magazine of .40 caliber; 2 H & K magazines of .40 caliber.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 15th day of October of 2020.

W. Stephen Muldrow
United States Attorney


*/s/ Alexander L. Alum*
Alexander L. Alum
Assistant United States Attorney
U.S.D.C. – G01915
Room 1201, Torre Chardon Building
350 Carlos Chardón Street
San Juan, PR 00918
Tel. (787) 766-5656
Email: alexander.l.alum@usdoj.gov

*CRIMINAL NO. 15-667 (GAG)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, October 15, 2020, I electronically

filed the foregoing with the Clerk of the Court using the CM/EMF system.

<div style="margin-left: 40%;">

*/s/ Alexander L. Alum*
Alexander L. Alum
Assistant United States Attorney

</div>