## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

Jordanish Torres-García ,
      Defendant.

CRIMINAL NO.: 3:15-cr-00667 (RAM)

## DETENTION ORDER

The United States Probation Office has filed a motion notifying that defendant Jordanish Torres-García has violated the terms and conditions of his supervised release. The court finds that the defendant, if released, may flee or pose a danger to another person or the community. The defendant shall remain detained during the pendency of the revocation proceedings.

The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10 day of February, 2023.

s/Marcos E. López
U.S. Magistrate Judge