## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff

v.

**JORDANISH TORRES-GARCIA,**
Defendant

**Case No. 3:15-CR-00667-RAM**

## MOTION INFORMING WAIVER OF
## PRELIMINARY REVOCATION HEARING

**TO THE HONORABLE COURT:**

A preliminary revocation hearing has been set in the instant case for February 27, 2023. Mr. Jordanish Torres-Garcia is being held in MDC. The undersigned counsel spoke to Mr. Torres-Garcia over the telephone, informed him of the alleged violations and his right to a preliminary revocation hearing as well as his right to be present at said hearing. After being duly informed of his rights, Mr. Torres-Garcia informs the Court that he waives his right to a preliminary revocation hearing.

**WHEREFORE**, Mr. Torres-Garcia respectfully requests this Court take notice of the facts recited herein.

**IT IS HEREBY CERTIFIED** that on this same date the foregoing was filed by uploading to the CM/ECF system, which will send automatic notices to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 24th day of February 2023.

*s/ Edwin Prado-Galarza, Esq.*
Edwin Prado Galarza
Prado, Núñez & Asociados, P.S.C.
403 Del Parque St., Suite 8
San Juan, PR 00912
T. (787) 977-1411
F. (787) 977-1410
pradolaw10@gmail.com
USDCPR NO. 208804