IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.  Case No.: 15-CR-667-1 (RAM)

JORDANISH TORRES-GARCIA

MOTION NOTIFYING VIOLATIONS TO CONDITIONS OF SUPERVISED RELEASE AND REQUESTING AN ARREST WARRANT

**COMES NOW, LUIS O. SANTANA, Senior U.S. Probation Officer of this Honorable Court** presenting an official report on the conduct and attitude of Mr. Jordanish Torres-Garcia who on October 16, 2023, commenced his supervised release term, which is scheduled to expire on October 15, 2025.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Torres-Garcia has incurred in the following violations to his supervised release term:

1. **Standard condition #1: "You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame".**

2. **Standard condition #3: "You must follow the instructions of the probation officer related to the conditions of supervision".**

3. **Special condition #1: "The defendant shall participate in a residential reentry**

**center (halfway house) for a period of six (6) months. He shall be placed in the correctional component of the center and will be allowed to leave for employment purposes, treatment, vocational training or GED program, and/or religious services. He is not to pay the cost of his stay as established by the Federal Bureau of Prisons".**

On September 18, 2023, the U.S. Probation Office coordinated with the Federal Bureau of Prisons to refer Mr. Torres-Garcia upon release from prison to Casa Alborada Residential Reentry Center. On October 6, 2023, the U.S. Probation Office contacted Mr. Torres-Garcia who was housed at the Coleman Federal Prison in Florida and instructed him to report the Casa Alborada RRC on October 16, 2023, as ordered by the Court.

On October 16, 2023, Casa Alborada RRC personnel contacted our office to report that Mr. Torres-Garcia did not report as instructed. Mr. Torres-Garcia has not reported to our office since his release from prison.

On October 23, 2023, the U.S. Probation Officer contacted Mr. Torres-Garcia's grandmother, Mrs. Luz Figueroa, to inquire about his whereabouts and she reported that she believes he stayed in Florida after his release but does not have any information as to his whereabouts.

**THEREFORE**, in view of the aforementioned, it is respectfully requested that the Court takes notice of the content of this motion an issue a warrant for Mr. Jordanish Torres-Garcia's arrest to show cause as to why his supervised release term should not be revoked.

In San Juan, Puerto Rico, this 26th day of October of 2023.

Respectfully submitted,

LUIS O. ENCARNACION CHIEF
U.S. PROBATION OFFICER


*s/Luis O. Santana-Tapia*
Luis O. Santana-Tapia
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 225
San Juan, PR 00918
Tel.: (787) 281-1527
E mail: luis_santana@prp.uscourts.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico this 26th day of October of 2023.

*s/Luis O. Santana-Tapia*
Luis O. Santana-Tapia
U.S. Probation Officer